Andrew G. Gunem (SBN 354042)
agunem@straussborrelli.com
STRAUSS BORRELLI PLLC
980 N. Michigan Avenue, Suite 1610
Chicago, IL 60611
Telephone: (872) 263-1100
Facsimile: (872) 263-1109

*Attorneys for Plaintiff and Proposed Class*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADNAN ANSAR, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>THE GILL CORPORATION,<br><br>Defendant. | Case No. 2:24-cv-08875-MEMF-PD<br><br>**NOTICE OF SETTLEMENT**<br><br>Complaint filed: October 15, 2024 |

Plaintiff Adnan Ansar ("Plaintiff"), together with Defendant, The Gill Corporation ("Defendant") (collectively the "Parties"), by and through their respective attorneys, hereby inform the Court that the Parties have reached a class-wide settlement of Plaintiff's claims, which will require the Court's approval. The Parties anticipate filing the Motion for Preliminary Approval within 30 days and respectfully request that the case be stayed, and all pending dates be stricken.

Dated: May 20, 2025

*/s/ Andrew G. Gunem*
Andrew G. Gunem (SBN 354042)
STRAUSS BORRELLI PLLC
One Magnificent Mile
980 N. Michigan Avenue, Ste. 1610
Chicago, IL 60611
Telephone: (872) 263-1100
Facsimile: (872) 263-1109
agunem@straussborrelli.com

*Attorneys for Plaintiff and the Settlement Class*

Dated: May 20, 2025

*/s/ Leo P. Norton*
Leo P. Norton (SBN 216282)
Sheereen Javadizadeh (288141)
JACKSON LEWIS P.C.
200 Spectrum Center Drive, Suite 500
Irvine, CA 92618
Telephone: (949) 885-1360
Facsimile: (949) 885-1380
leo.norton@jacksonlewis.com
sheereen.javadizadeh@jacksonlewis.com

*Attorneys for Defendant The Gill Corporation*

## **SIGNATURE ATTESTATION**

      I hereby attest and certify that I have obtained counsel's authorization to affix their electronic signature to this document and that all other signatories listed, and on whose behalf the filing is submitted concur, in the filing's content.

Dated:  May 20, 2025         By: *_/s/ Andrew G. Gunem_*
                                Andrew G. Gunem

## **CERTIFICATE OF SERVICE**

I, Andrew G. Gunem, hereby certify that on May 20, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record, below, via the ECF system. DATED this 20th day of May, 2025.


STRAUSS BORRELLI PLLC

By: */s/ Andrew G. Gunem*
     Andrew G. Gunem (SBN 354042)
     STRAUSS BORRELLI PLLC
     One Magnificent Mile
     980 N. Michigan Avenue, Ste. 1610
     Chicago, IL 60611
     Telephone: (872) 263-1100
     Facsimile: (872) 263-1109
     andrewg@straussborrelli.com