UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADNAN ANSAR, on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br>    vs.<br><br>THE GILL CORPORATION,<br><br>    Defendant. | CASE NO.: 2:24-cv-08875-MEMF-PD<br><br>**ORDER GRANTING STIPULATION TO EXTEND DEADLINE FOR FILING SUPPLEMENTAL MATERIALS IN SUPPORT OF MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT [DKT NO. 38]**<br><br>Complaint filed:   October 15, 2024<br><br>No Trial Date Set |

### ORDER

Having read and considered the Stipulation to Extend Deadline for Filing Supplemental Materials in Support of Motion for Preliminary Approval of Class Action Settlement, and finding good cause has been shown, the Court HEREBY ORDERS as follows:

1. The deadline for filing supplemental materials in support of Plaintiff's Motion for

1  Preliminary Approval of Class Action Settlement is extended from October 16, 2025, to October 23, 2025;

2. All other dates and deadlines remain unchanged.

IT IS SO ORDERED.

DATE: October 21, 2025

_____

Maame Ewusi-Mensah Frimpong

U.S. District Court Judge